UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMÖGENSBERATUNG GMBH, and HOLGER KNUT THEILER<br>         Plaintiffs,<br>V.<br><br>STANLEY P. SALZMAN, ESQ.<br>STANLEY P. SALZMAN, P.C.,<br>POSTBANK FINANZBERATUNG AG,<br>BHW BAUSPARKASSE AG,<br>PETER SCHMIDT,<br>AMBIENTE GMBH,<br>BLACKSTONE CAPITAL TRADE AG,<br>CARTER BAILEY OPPENHEIM & DRYFUS, INC.,<br>J. GREENBAUM,<br>JOHN RALSTON,<br>FERNANDO FARIA SAMPAIO,<br>SINO-IBERIAN HOLDINGS LIMITED,<br>IT'S INVESTMENT TREUHAND & SERVICE GMBH,<br>NORBERT SCHRAMM,<br>ALI KARLI,<br>LIDER INTERNATIONAL IMPORT & EXPORT GMBH,<br>MESUT CETIN,<br>HÜSEYIN COBAN, and<br>DEFENDANT DOES 1-50<br>         Defendants. | **CERTIFICATE OF REGULARITY**<br><br>**FOR ISSUANCE OF A CERTIFICATE OF DEFAULT**<br><br>**REGARDING DEFENDANTS CARTER BAILEY OPPENHEIM & DRYFUS INC., J. GREENBAUM AND JOHN RALSTON**<br><br>**CIVIL ACTION**<br><br>No. 2:08-cv-2582 (JS/AKT)<br><br><br>**JURY TRIAL DEMANDED**<br><br><br>**ECF CASE** |

IVO GEORGE CAYTAS, aware of the penalties of perjury, deposes and says:

1. I am a member of the Bar of this Court proceeding as attorney for the Plaintiffs in the above-entitled action. I am familiar with all the facts and circumstances in this matter.

2. I make this certification pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Eastern District of New York and in support of my motion for the entry of a partial default

1

judgment against Defendants Carter Bailey Oppenheim & Dryfus, Inc. and its officers and/or directors J. Greenbaum and John Ralston.

3. Neither Defendant Carter Bailey Oppenheim & Dryfus, Inc. or J. Greenbaum or John Ralston. is an infant, in the United States military, or an incompetent person.

4. Neither Defendant Carter Bailey Oppenheim & Dryfus, Inc. nor J. Greenbaum nor John Ralston has pleaded or otherwise defended the action.

5. The Defendants Carter Bailey Oppenheim & Dryfus, Inc., J. Greenbaum and John Ralston were properly served on July 23, 2008 with a Summons and a copy of the verified Complaint in this action pursuant to the attached affidavits of service sworn to by Ontry Patten, Process Server of Delaware Attorneys Services, Inc., by serving Karin Slocumb as Managing Agent at Delaware Corporations as agents for Carter Bailey Oppenheim & Dryfus, Inc., 15 Loockerman Street, Dover, Delaware 19901.

6. I now seek to move Hon. Joanna Seybert, U.S.D.J., for partial default judgment against Defendants Carter Bailey Oppenheim & Dryfus, Inc. and J. Greenbaum and John Ralston in this matter for which a Clerk's certificate of default is required.

7. Upon receipt of the Clerk's certificate of default, I shall promptly file a notice of motion with my supporting certification and memorandum of law including my certificate of service upon Defendants Carter Bailey Oppenheim & Dryfus, Inc. and J. Greenbaum and John Ralston as well as on counsel of record for any other Defendant who at the time shall have entered an appearance in this matter.

Dated: September 8, 2008

_____
Ivo George Caytas  (IC 3947)
Caytas & Associates
146 West 57th Street, 57th Floor
New York, New York 10019
(917) 805-4120
FAX: (917) 591-9340

*Attorney for Plaintiffs*

**EXHIBIT A:** Affidavit of Service upon Defendant Carter Bailey Oppenheim & Dryfus, Inc., dated July 23, 2008

**EXHIBIT B:** Affidavit of Service upon Defendant J. Greenbaum dated July 23, 2008

**EXHIBIT C:** Affidavit of Service upon Defendant John Ralston dated July 23, 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

Johannes Baumgartner Wirtschafts- und
Vermoegensberatung GmbH and Holger Theiler

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 08 2582

Stanley P. Salzman, Esq., Stanley P. Salzman P.C., Postbank Finanzberatung AG, BHW Bausparkasse AG, Peter Schmidt, Ambiente GmbH, Blackstone Capital Trade AG, Carter Bailey Oppenheim & Dryfus, Inc., J. Greenbaum, John Ralston, Fernando Faria Sampaio, Sino-Iberian Holdings Limited, It's Investment Treuhand & Service GmbH, Norbert Schramm, Ali Kali, Lider International Import & Export GmbH, Mesut Cetin, Hüseyin Coban, and Defendant Does 1-50.

TO: (Name and address of Defendant)

Carter Bailey Oppenheim & Dryfus, Inc.
15 Loockerman Street
Dover, DE 19801

SEYBERT
TOMLINSON, M.J.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ivo George Caytas
Caytas & Associates
146 West 57th Street
New York, N.Y. 10019-3301
U. S. A.

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN

6/27/2008

CLERK

(By) DEPUTY CLERK     DATE

AO 440 (Rev. 8/01) Summons In a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>July 23, 2008 at 3:45 PM |
| NAME OF SERVER *(PRINT)*<br>Ontry Patten | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on Carter Bailey Oppenheim & Dryfus, Inc. was effectuated by serving Karin Slocumb, as Managing Agent at Agents for Delaware Corporations as Registered Agent for Carter Bailey Oppenheim & Dryfus, Inc. Service was made at Agents or Delaware Corporations, 15 Loockerman St., Dover, DE 19901.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24, 2008
_____
Date

Signature of Server _[signature]_

2000 Pennsylvania Ave. # 207, Wilmington, DE 19806
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

Johannes Baumgartner Wirtschafts- und
Vermoegensberatung GmbH and Holger Theiler

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 08 2582

Stanley P. Salzman, Esq., Stanley P. Salzman P.C., Postbank Finanzberatung AG, BHW Bausparkasse AG, Peter Schmidt, Ambiente GmbH, Blackstone Capital Trade AG, Carter Bailey Oppenheim & Dryfus, Inc., J. Greenbaum, John Ralston, Fernando Faria Sampaio, Sino-Iberian Holdings Limited, It's Investment Treuhand & Service GmbH, Norbert Schramm, Ali Kali, Lider International Import & Export GmbH, Mesut Cetin, Hüseyin Coban, and Defendant Does 1-50.

TO: (Name and address of Defendant)

J. Greenbaum
Carter Bailey Oppenheim & Dryfus, Inc.
15 Loockerman Street
Dover, DE 19801

SEYBERT

TOMLINSON, M.J.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ivo George Caytas
Caytas & Associates
146 West 57th Street
New York, N.Y. 10019-3301
U. S. A.

an answer to the complaint which is served on you with this summons, within _____TWENTY_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                     6/27/2008

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>July 23, 2008 at 3:45 PM |
| NAME OF SERVER (PRINT)<br>Ontry Patten | TITLE<br>Process Server |

Check *one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on J. Greenbaum was effectuated by serving Karin Slocumb, as Managing Agent at Agents for Delaware Corporations as Registered Agent for Carter Bailey Oppenheim & Dryfus, Inc. Service was made at Agents or Delaware Corporations, 15 Loockerman St., Dover, DE 19901.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24, 2008
           Date

Signature of Server

2000 Pennsylvania Ave. # 207, Wilmington, DE 19806
Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

Johannes Baumgartner Wirtschafts- und
Vermoegensberatung GmbH and Holger Theiler

V.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 2582

Stanley P. Salzman, Esq., Stanley P. Salzman P.C., Postbank Finanzberatung AG, BHW Bausparkasse AG, Peter Schmidt, Ambiente GmbH, Blackstone Capital Trade AG, Carter Bailey Oppenheim & Dryfus, Inc., J. Greenbaum, John Ralston, Fernando Faria Sampaio, Sino-Iberian Holdings Limited, It's Investment Treuhand & Service GmbH, Norbert Schramm, Ali Kali, Lider International Import & Export GmbH, Mesut Cetin, Hüseyin Coban, and Defendant Does 1-50.

TO: (Name and address of Defendant)

John Ralston
Carter Bailey Oppenheim & Dryfus, Inc.
15 Loockerman Street
Dover, DE 19801

SEYBERT

TOMLINSON, M.J.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ivo George Caytas
Caytas & Associates
146 West 57th Street
New York, N.Y. 10019-3301
U. S. A.

an answer to the complaint which is served on you with this summons, within ___TWENTY___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                    6/27/2008

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE<br>July 23, 2008 at 3:45 PM |
| NAME OF SERVER *(PRINT)*<br>Ontry Patten | TITLE<br>Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on John Ralson was effectuated by serving Karin Slocumb, as Managing Agent at Agents for Delaware Corporations as Registered Agent for Carter Bailey Oppenheim & Dryfus, Inc. Service was made at Agents or Delaware Corporations, 15 Loockerman St., Dover, DE 19901.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 24, 2008
              Date

Signature of Server

2000 Pennsylvania Ave. # 207, Wilmington, DE 19806
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.