UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMÖGENSBERATUNG GMBH, and HOLGER KNUT THEILER<br><br>Plaintiffs,<br><br>V.<br><br>STANLEY P. SALZMAN, ESQ.<br>STANLEY P. SALZMAN, P.C.,<br>POSTBANK FINANZBERATUNG AG,<br>BHW BAUSPARKASSE AG,<br>PETER SCHMIDT,<br>AMBIENTE GMBH,<br>BLACKSTONE CAPITAL TRADE AG,<br>CARTER BAILEY OPPENHEIM & DRYFUS, INC.,<br>J. GREENBAUM,<br>JOHN RALSTON,<br>FERNANDO FARIA SAMPAIO,<br>SINO-IBERIAN HOLDINGS LIMITED,<br>IT'S INVESTMENT TREUHAND & SERVICE GMBH,<br>NORBERT SCHRAMM,<br>ALI KARLI,<br>LIDER INTERNATIONAL IMPORT & EXPORT GMBH,<br>MESUT CETIN,<br>HÜSEYIN COBAN, and<br>DEFENDANT DOES 1-50<br><br>Defendants. | **CLERK'S CERTIFICATE**<br><br>**AS TO DEFENDANT**<br><br>**CARTER BAILEY OPPENHEIM & DRYFUS, INC.**<br><br>**CIVIL ACTION**<br><br>No. 2:08-cv-2582 (JS/AKT)<br><br><u>**ECF CASE**</u> |

I, ROBERT C. HEINEMANN, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that the docket entries in the above entitled action indicate that the Summons and Complaint herein was filed on June 27, 2008 and that the defendant CARTER BAILEY OPPENHEIM & DRYFUS, INC. was served with a copy of the

1

complaint and summons by Ontry Patten, Process Server of Delaware Attorneys Services, Inc., on July 23, 2008 by serving Karin Slocumb as Managing Agent at Delaware Corporations as agents for Carter Bailey Oppenheim & Dryfus, Inc., 15 Loockerman Street, Dover, Delaware 19901.

      I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

DATED: Central Islip, New York, September ___, 2008

                                                                                CLERK