

February 18th, 2010

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

FEB 22 2010   ★

LONG ISLAND OFFICE

# United States District Court
## for the
## Eastern District Court of New York★

To whom it may concern,

According to the official writing sent by United States District Court for the Eastern District Court of New York through Turkish Republic Ministry of Justice it has been understood that I have been sued by **Johannes Baumgartner Wirtschafts und Vermoegensberatung GmbH and Holger Knut Theiler** with case file number of 2:08 – cv – 2582 and asked to send my statements and claims to your court concerning this matter.

This lawsuit against me is not acceptable in terms of procedure and principle and must be disaffirmed according to the below mentioned reasons.

1. I, Aykut Hasan Bölükbaşı, am a citizen of Republic of Turkey and subjected to Turkish laws. Not only I have never been to the United States concerning the event which has been filed at your court, but I also do not have any action and operation in your country. I do not have any business and occupation both formerly and actually and I also do not have any investment, movables or real estate property in the United States as well. Therefore it is not possible for me to stand on a trial which has been filed against me in the United States.

2. Per contra concerning the event which has been filed at your court, an investigation against me had been conducted upon the application of complainant **Johannes Baumgartner Wirtschafts und Vermoegensberatung GmbH and Holger Knut Theiler** on March 5, 2009 at Istanbul Şişli Chief Public Prosecutor's Office in Turkey and in consequence of this investigation, lawsuit with basis no. 2010/47 has been brought at Istanbul 4th Heavy Penal Court. Aforesaid case is still in progress and the subject of this case and the one brought to your court is identical. Since there cannot be more than one lawsuit concerning the very same action in different countries and the fact that the actual case is still in progress at Republic of Turkey Istanbul 4th Heavy Penal Court, dismissal of the action at your court is required.

Hence I ask for the dismissal of the action against me at your court with case file number of 2:08 – cv – 2582 since it is unlawful.

Aykut Hasan Bölükbaşı
Bağdat Cad. Nazlı Apt. No:78 K:2 D:7
Kızıltoprak – Istanbul
TURKEY

I declare that I translated this present document from Turkish into English, according to attached original in Turkish. **18 / 02 / 2010**
İş bu dokümanın, İngilizceden Türkçeye ekteki aslına uygun olarak tercüme edildiğini beyan ederim. **18 / 02 / 2010**

Serdal NAŞİFOĞLU
Sworn Translator/Yeminli Tercüman




## Amerika Birleşik Devletleri Bölge Mahkemesi - New York Doğu Bölge Mahkemesi

Sayın İlgili,

Amerika Birleşik Devletleri Bölge Mahkemesi - Newyork Bölge Doğu Mahkemesi'nce TC Adalet Bakanlığı kanalıyla tarafıma gönderilen yazıda; mahkemenizin 2:08 – cv - 2582 numaralı dava dosyası ile **Johannes Baumgartner Wirtschafts und Vermoegensberatung GmbH ve Holger Knut Theiler** İsimli şahısların müracaatı sonucu aleyhime dava açıldığı, bu hususa ilişkin olarak beyanlarımın ve taleplerimin mahkemenize gönderilmesinin istendiği anlaşılmaktadır.

Mahkemenizde aleyhime açılmış bu dava usul ve esas açısından kabul edilemez bir dava olup, aşağıda sayılan nedenlerle reddi gerekmektedir.

1. Ben, Aykut Hasan Bölükbaşı, Türkiye Cumhuriyeti Devleti vatandaşı olarak Türk kanunlarına tabi bir kişiyim. Mahkemenizde görülen davaya konu olay sebebiyle hiçbir tarihte ve hiçbir şekilde Amerika Birleşik Devletleri'nde bulunmadığım gibi ülkenizde gerçekleştirdiğim herhangi bir eylem ve işlem de yoktur. Şahsımın Amerika Birleşik Devletleri'nde gerek önceden gerekse halen devam eden herhangi bir iş ve uğraşım bulunmadığı gibi herhangi bir yatırımım, menkul ya da gayrimenkul malım da bulunmamaktadır. Bu sebeple Amerika Birleşik Devletleri'nde aleyhime açılmış bu davada yargılanmam mümkün değildir.

2. Öte yandan mahkemenizde açılmış bu davaya konu olaya ilişkin olarak şikayetçi **Johannes Baumgartner Wirtschafts und Vermoegensberatung GmbH ve Holger Knut Theiler** tarafından Türkiye'de İstanbul Şişli Cumhuriyet Başsavcılığı'na 05.03.2009 tarihinde yapılan müracaat üzerine şahsım aleyhinde Şişli Cumhuriyet Savcılığınca soruşturma yürütülmüş bu soruşturma neticesinde İstanbul 4.Ağır Ceza Mahkemesi'ne 2010/47 esas sayılı dava açılmıştır. Adı geçen dava halen yürürlükte olup, işbu davanın konusu ile mahkemenizde açılan davanın konusu birebir aynıdır. Aynı eylemden dolayı farklı ülkelerde birden fazla yürütülemeyeceği, asıl davanın Türkiye Cumhuriyeti İstanbul 4.Ağır Ceza Mahkemesi'nde görülmekte olan dava olması sebebiyle mahkemenizdeki davanın reddi gerekmektedir.

Bu nedenlerle aleyhimde mahkemenizde açılmış 2:08 – cv – 2582 numaralı davanın hukuka aykırı olması sebebiyle reddedilmesini talep ederim.

Aykut Hasan Bölükbaşı
Bağdat Cad. Nazlı Ap. N:78 K:2 D:7
Kızıltoprak – İstanbul
TÜRKİYE


