**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | |
|---|---|
| CAYTAS & ASSOCIATES | |
| 146 WEST 57TH ST. | |
| NEW ORK, NY 10019-3301 | |
| Account #: 102412 | Phone: 917 805 4120 |
| Client Attn: | |
| Order Attn: DR. IVO GEORGE CAYTAS | |

INVOICE #: **5950800**

DATE: Mar 24 2010
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMOGENSBERATUNG GMBH, and vs. STANLEY P. SALZMAN, ESQ., et al. |
| CASE NUMBER: | 2:08cv2582     HEARING DATE: |
| SERVEE: | MUHSIN KARAKURT A/K/A MUHSIN VELI |
| PERSON SERVED: | MUHSIN KARAKURT |
| SERVICE DATE: | Feb 19 2010 12:00AM     SERVED BY: |
| SERVICE ADDRESS: | SPISSENNAGELSTRASSE 26A 44229 DORTMUND, GERMANY |
| DOCUMENTS: | SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT IN CIVIL ACTION (SUBMITTED IN DUPLICATE WITH TRANSLATIONS) |

**SERVICE NOTE**

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 450.00 |
| | SUB TOTAL | 450.00 |
| | PREPAID RETAINER | 450.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHANNES BAUMGARTNER WIRTSCHAFTS-
UND VERMOGENSBERATUNG GMBH, and
HOLGER KNUT THEILER
    PLAINTIFF/PETITIONER

VS.

STANLEY P. SALZMAN, ESQ., et al.
    DEFENDANT/RESPONDENT

CAUSE #: 2:08cv2582

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 5950800

**ORIGINAL
PROOF OF SERVICE**

CAYTAS & ASSOCIATES
146 WEST 57TH ST.
NEW ORK, NY 10019-3301
917 805 4120
Page 1 of 1

# Amtsgericht [*Local Court*]

# Dortmund

Division: Civil Matters
Reference Number: 401 AR 03/10

## Certificate of Service

This is to certify that the documents listed in the Request for Service of Mr. Rick Hamilton, on behalf of PFI, dated from January 7, 2010, have been served on

Muhsin Karakurt A/K/A Muhsin Veli, Spissennagelstraße 26 A, 44229 Dortmund, Germany

on February 19, 2010 by depositing the document in the mailbox of his apartment.

Dortmund, March 11, 2010

[*STAMP*]

[*Signature, illegible*]
_____
Susek, Judicial Officer

# Amtsgericht Dortmund



Abteilung: Zivil
Aktenzeichen: 401 AR 03/10

## Zustellungszeugnis

Die Zustellung der im Antrag des Rick Hamilton, im Auftrag von PFI vom 07.01.2010 bezeichneten Schriftstücke an

Muhsin Karakurt A/K/A Muhsin Veli, Spissennagelstraße 26 A, 44229 Dortmumd

ist am 19.02.2010 durch Einlegung des Schriftstückes in den zur Wohnung gehörenden Hausbriefkasten erfolgt.

Dortmund, den 11.03.2010

Susek, Rechtspfleger

Amtsgericht Dortmund

Aktenzeichen: 401 AR 3 / 10

Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Betrifft:

Rechtshilfeverkehr mit dem Ausland in Zivilsachen

hier: Zustellungsersuchen vom 07.01.2010

Bezug:

Ihr Ersuchen vom 07.01.2010

Aktenzeichen:

Sehr geehrte Damen und Herren !

In Erledigung Ihres oben genannten Ersuchens übersende ich anliegend

a) die Urschrift Ihres Ersuchens,

b) Zustellungszeugnis vom 11.03.2010

Dortmund, den 11.03.2010        Hochachtungsvoll

                                Susek
                                Rechtspfleger

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PRASIDENT DES OBERLANDESGERICHTS<br>DUSSELDORF<br>CECILIENALLEE 3<br>40474 DUSSELDORF |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**MUHSIN KARAKURT A/K/A MUHSIN VELI
SPISSENNAGELSTRASSE 26A
44229 DORTMUND
GERMANY**

DOB: Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT IN CIVIL ACTION (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Jan 7 2010

Signature and/or stamp

*[signed] Rick Hamilton*

**PFI** | PROCESS FORWARDING INTERNATIONAL


TRACKING #: 5950800

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate