**PFI** PROCESS FORWARDING INTERNATIONAL

633 Yesler Way Seattle, WA 98104   www.pfiserves.com
800 232-8854   206 521-9000   fax: 800 734-6859

# PROCESS SERVICE INVOICE

| Bill To: | |
|---|---|
| **CAYTAS & ASSOCIATES**<br>**146 WEST 57TH ST.**<br>**NEW ORK, NY 10019-3301** | |
| Account #: 102412   Phone: 917 805 4120<br>Client Attn:<br>Order Attn: DR. IVO GEORGE CAYTAS | |

INVOICE #: **5950799**

DATE: Apr 6 2010
BILL REF:

**AMOUNT DUE : $0.00**

| | |
|---|---|
| COURT: | UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK |
| CASE NAME: | JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMOGENSBERATUNG GMBH, and vs. STANLEY P. SALZMAN, ESQ., et al. |
| CASE NUMBER: | 2:08cv2582 |
| HEARING DATE: | |
| SERVEE: | MEHMED KOCABAS |
| PERSON SERVED: | MEHMED KOCABAS |
| SERVICE DATE: | Jan 26 2010 12:00AM   SERVED BY: |
| SERVICE ADDRESS: | AM PETERSKAMP 3 59199 BOENEN, GERMANY |
| DOCUMENTS: | SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT IN CIVIL ACTION (SUBMITTED IN DUPLICATE WITH TRANSLATIONS) |

**SERVICE NOTE**

**BAD ADDRESS LIST**

**INVESTIGATION STATUS:**

| SERVICE PERFORMED | NOTE | RATE |
|---|---|---|
| International Services | | 450.00 |
| | SUB TOTAL | 450.00 |
| | PREPAID RETAINER | 450.00 |
| | AMOUNT DUE | 0.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately, in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO
U.S. DEPT. OF JUSTICE AND U.S. STATE DEPT.

Page 1 of 1
OR_PFI_INV

# UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMOGENSBERATUNG GMBH, and HOLGER KNUT THEILER
    PLAINTIFF/PETITIONER

VS.

STANLEY P. SALZMAN, ESQ., et al.
    DEFENDANT/RESPONDENT

CAUSE #: 2:08cv2582

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

ABC Legal Services, Inc.
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 5950799

**ORIGINAL PROOF OF SERVICE**

CAYTAS & ASSOCIATES
146 WEST 57TH ST.
NEW ORK, NY 10019-3301
917 805 4120

Page 1 of 1



# Amtsgericht Unna

Amtsgericht Unna 59425 Unna

Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

59425 Unna
Friedrich-Ebert-Straße 65 a
Telefon
(0 23 03) 67 03 - 0
Durchwahl
(0 23 03) 67 03 – 310
Telefax (0 23 03) 67 03-444

Datum
25.03.2010
Geschäfts-Nr.
1 AR 7/10

**Rechtshilfeverkehr mit dem Ausland in Zivilsachen**

Reference-No.: ---

In Erledigung des obengenannten Ersuchens vom 07.01.2010 wird anliegend das Zeugnis über die erfolgte Zustellung vom 25.03.2010 nebst Anlagen übersandt.

Mit freundlichen Grüßen

(Riesenberg)
-Rechtspfleger

ZUSTELLUNGSZEUGNIS

CERTIFICATE

ATTESTATION

Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,
The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

1. daß der Antrag erledigt worden ist *)
   that the document has been served *)
   que la demande a été exécutée *)

   - am (Datum) **26.01.2010**
     the (date)
     le (date)

   - in (Ort, Straße, Nummer) **Am Peterskamp 3, 59199 Bönen**
     at (place, street, number)
     à (localité, rue, numéro)

   - in einer der folgenden Formen nach Artikel 5:
     in one of the following methods autohorised by article 5:
     dans une des formes suivantes prévues à l'article 5:

     a) in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe a) *).
        in accordance with the provisions of sub-paragraph a) of the first paragraph of article 5 of the Convention *).
        selon les formes légales (article 5, alinéa premier, lettre a) *).

     ~~b) in der folgenden besonderen Form *):~~
        ~~in accordance with the following particular method *):~~
        ~~selon la forme particulière suivante *):~~

     ~~c) durch einfache Übergabe *).~~
        ~~by delivery to the addressee, who accepted it voluntarily *).~~
        ~~par remise simple *).~~

   ~~Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:~~
   ~~The documents referred to in the request have been delivered to:~~
   ~~Les documents mentionnés dans la demande ont été remis à:~~

   - (Name und Stellung der Person) _____
     (identity and description of person)
     (identité et qualité de la personne)

   - Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger: _____
     relationship to the addressee (family, business or other):
     liens de parenté, de subordination ou autres, avec le destinataire de l'acte:

2. ~~daß der Antrag aus folgenden Gründen nicht erledigt werden konnte *):~~
   ~~that the document has not been served, by reason of the following facts *):~~
   ~~que la demande n'a pas été exécutée, en raison des faits suivants *):~~

Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten *).
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement *).
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint *).

Anlagen
Annexes
Annexes

Zurückgesandte Schriftstücke: _____
Documents returned:
Pièces renvoyées:

1 AR 7/10

Gegebenenfalls Erledigungsstücke:
In appropriate cases, documents establishing the service:
Le cas échéant, les documents justificatifs de l'exécution:

Ausgefertigt in **Unna**    am **25.03.2010**
Done at
Fait à

Zweitstück des Ersuchens

Unterschrift und/oder Stempel.
Signature and/or stamp.
Signature et/ou cachet.



*) Unzutreffendes streichen.
Delete if inappropriate.

— COPY —

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Rick Hamilton<br>633 Yesler Way<br>Seattle, WA 98104<br>United States of America<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | PRASIDENT DES OBERLANDESGERICHTS<br>DUSSELDORF<br>CECILIENALLEE 3<br>40474 DUSSELDORF |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**MEHMED KOCABAS**
**AM PETERSKAMP 3**
**59199 BOENEN**
**GERMANY**

DOB:                Phone:

☒ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____
_____
☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
**SUMMONS IN A CIVIL ACTION; SECOND AMENDED COMPLAINT IN CIVIL ACTION (SUBMITTED IN DUPLICATE WITH TRANSLATIONS)**

Done at Seattle, Washington USA, on Jan 7 2010

Signature and/or stamp
*Rick Hamilton* (signature)

**PFI** | PROCESS FORWARDING INTERNATIONAL

TRACKING #: 5950799

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)



# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority:   Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

JOHANNES BAUMGARTNER WIRTSCHAFTS- UND VERMOGENSBERATUNG GMBH, and HOLGER KNUT THEILER   vs.   STANLEY P. SALZMAN, ESQ., et al.

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendants of the institution against them of a claim for civil damages, and summon them to answer to the claim.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiffs are seeking to recover civil damages and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has twenty days from receipt of the accompanying Summons to make a written appearance, address is noted on the Summons.

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

Johannes Baumgartner Wirtschafts- und Vermoegensberatung GmbH and Holger Knut Theiler )
  *Plaintiff*  )
    v.  )   Civil Action No. 2:08-CV-2582
Stanley P. Salzman, Esq. et al.  )
  *Defendant*  )

**SUMMONS IN A CIVIL ACTION**

SEYBERT, J.

To: *(Defendant's name and address)* Mehmed Kocabas
Am Peterskamp 3
59199 Bönen
Germany

TOMLINSON, M.J

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ivo George Caytas
Caytas & Associates
146 West 57th Street, 57th Floor
New York, N.Y. 10019-3301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
CLERK OF COURT

Date:  10/06/2009

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:08-CV-2582

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) _____
was received by me on (date) _____ .

☐ I personally served the summons on the individual at (place) _____
_____ on (date) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____
_____ , a person of suitable age and discretion who resides there,
on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____ , who is
designated by law to accept service of process on behalf of (name of organization) _____
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other (specify):


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: